IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,    )<br>                              )<br>      v.                      )   Criminal Action No.<br>                              )   05-20089-01-DW<br>ROBERT MILTON,                )<br>                              )<br>            Defendant.       ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

A pretrial conference was held in the above-entitled cause before me on May 9, 2006. Defendant Robert Milton appeared in person and with stand-by counsel Assistant Federal Public Defender Michael Harris. The United States of America appeared by Assistant United States Attorney Sheri McCracken.

## *I.    BACKGROUND*

On September 15, 2005, an indictment was returned charging defendant with mailing threatening communications, in violation of 18 U.S.C. § 876(c).

The following matters were discussed and action taken during the pretrial conference:

## *II.    TRIAL COUNSEL*

Ms. McCracken announced that she will be the trial counsel for the government. The case agent to be seated at counsel table is Craig Beam, Deputy U.S. Marshal.

Defendant announced that he will represent himself during the trial of this case.  Mr. Harris will be present as stand-by counsel.

### III.    OUTSTANDING MOTIONS

The following motions are pending for ruling by the District Judge: Motion in limine filed by the government on May 9, 2006 (document number 47).

### IV.    TRIAL WITNESSES

Ms. McCracken announced that the government intends to call 15 witnesses without stipulations during the trial.

Defendant announced that he intends to call 4 witnesses during the trial.  The defendant will not testify.

### V.    TRIAL EXHIBITS

Ms. McCracken announced that the government will offer approximately 15 exhibits in evidence during the trial.

Defendant announced that he will offer approximately 5 exhibits in evidence during the trial.

### VI.    DEFENSES

Defendant announced that he will rely on the defense of general denial.

### VII.    POSSIBLE DISPOSITION

Defendant stated this case is definitely for trial.

### VIII.    STIPULATIONS

Stipulations are not appropriate in this case.

## IX. TRIAL TIME

The parties were in agreement that this case will take 1 to 1 1/2 days to try.

## X. UNUSUAL QUESTIONS OF LAW

Defendant anticipates filing several motions in limine by Thursday, May 11, 2006. There are no unusual questions of law.

## XI. TRIAL SETTING

Government counsel, stand-by counsel, and the defendant were informed that this case will begin with a pretrial conference at 8:30 a.m., Friday, May 12, 2006, with jury selection immediately following. The trial will begin at 9:00 a.m., Monday, May 15, 2006.

/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
May 9, 2006

cc: The Honorable Dean Whipple
　　Ms. Sheri McCracken
　　Mr. Robert Milton
　　Mr. Michael Harris